**WINSTON & STRAWN LLP**
JOHN K. HSU (VA S.B. No 45480)
1700 K Street, N.W.
Washington, D.C. 20006-3817
Telephone Number:   (202) 282-5000
Facsimile Number:   (202) 282-5100
jhsu@winston.com

ROLF S. WOOLNER (CA S.B. No. 143127) admitted *pro hac vice*
JUSTIN E. RAWLINS (CA S.B. No. 209915) admitted *pro hac vice*
333 South Grand Avenue, 38th Floor
Los Angeles, CA  90071-1543
Telephone Number:   (213) 615-1700
Facsimile Number:   (213) 615-1750
rwoolner@winston.com
jrawlins@winston.com

*Attorneys for Nanya Technology Corporation*

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| In re: | Case No. 09-14766 (RGM) |
| QIMONDA AG, | Chapter 15 |
| Debtor in a Foreign Proceeding. | Related Docket No. 179 |

**NANYA TECHNOLOGY CORPORATION'S
<u>AMENDED NOTICE OF APPEAL</u>**

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. § 158(a) and Rule 8001(a) of the Federal Rules of Bankruptcy Procedure, Nanya Technology Corporation ("<u>Nanya</u>") hereby appeals this Court's (i) *Order Granting the Debtor's Motion to Amend the Supplemental Order* [Docket No. 179] and (ii) *Amended Supplemental Order* [Docket No. 180] (collectively, the "<u>Orders</u>"), each of which was entered on November 19, 2009.

LA:260642.1

The names of all parties to the Orders, together with the names, addresses and telephone numbers of their respective attorneys are as follows:

List of All Parties to the Orders[1]

| Counsel to Administrator of the Qimonda AG Estate:<br><br>Morrison & Foerster, LLP<br>1650 Tysons Boulevard, Suite 400<br>McLean, Virginia 22102<br>Telephone: (703) 760-7700<br>Attn: Jeffrey A. Showalter, Esq.<br><br>and<br><br>Morrison & Foerster, LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Attn: Brett H. Miller, Esq.<br>        Todd M. Goren, Esq. | United States Trustee:<br><br>United States Trustees' Office<br>115 South Union Street, Suite 210<br>Alexandria, Virginia 22314<br>Telephone: (703) 299-3700<br>Attn: Robert K. Coulter, Esq. |
|---|---|
| Counsel to Micron Technology, Inc.:<br><br>Weil Gotshal & Manges LLP<br>1300 Eye Street, NW, Suite 900<br>Washington D.C. 20005<br>Telephone: (202) 682-7000<br>Attn: David N. Southard, Esq.<br><br>and<br><br>Weil Gotshal & Manges LLP<br>700 Louisiana Street, Suite 1600<br>Houston, TX 77002<br>Telephone: (713) 546-5000<br>Attn: Alfredo R. Perez, Esq.<br>        Manesh J. Shah, Esq. | Counsel to Samsung Electronic Co., Ltd.:<br><br>Leach Travell Britt, P.C.<br>8270 Greensboro Drive, Suite 1050<br>McLean, Virginia 22182<br>Telephone: (703) 584-8902<br>Attn: Stephen E. Leach, Esq.<br>        Roxanne F. Rosado, Esq.<br><br>and<br><br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Attn: William H. Pratt, Esq.<br>        Jennifer M. Selendy, Esq.<br>        Laura B. Kadetsky, Esq. |

---

[1]  The Orders did not list the parties thereto.  This list of parties to the Orders is based on those parties filing any pleading relating to the Orders as well as the office of the United States Trustee for the Eastern District of Virginia. Nanya believes this list complies with the requirements of Bankruptcy Rule 8001.

2

LA:260642.1

| Counsel to Elpida Memory, Inc.: | Counsel to Infineon Technologies AG: |
|---|---|
| Leach Travell Britt, P.C.<br>8270 Greensboro Drive, Suite 1050<br>McLean, Virginia 22182<br>Telephone: (703) 584-8902<br>Attn: Stephen E. Leach, Esq.<br>     Roxanne F. Rosado, Esq.<br><br>and<br><br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Attn: William A. Streff, Esq.<br>     William E. Devitt, Esq.<br>     Matthew J. Hertko, Esq. | Leach Travell Britt, P.C.<br>8270 Greensboro Drive, Suite 1050<br>McLean, Virginia 22182<br>Telephone: (703) 584-8902<br>Attn: Stephen E. Leach, Esq.<br>     Roxanne F. Rosado, Esq.<br><br>and<br><br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington D.C. 20005<br>Telephone: (202) 879-5000<br>Attn: Gregory F. Corbett, Esq. |

[*Remainder of page intentionally left blank*]

LA:260642.1

Dated: November 30, 2009

Respectfully submitted,

**WINSTON & STRAWN LLP**

/s/ John K. Hsu
JOHN K. HSU (VA S.B. No 45480)
1700 K Street, N.W.
Washington, D.C. 20006-3817
Telephone Number:   (202) 282-5000
Facsimile Number:   (202) 282-5100
jhsu@winston.com

ROLF S. WOOLNER (CA S.B. No. 143127)
admitted *pro hac vice*
JUSTIN E. RAWLINS (CA S.B. No. 209915)
admitted *pro hac vice*
333 South Grand Avenue, 38th Floor
Los Angeles, CA  90071-1543
Telephone Number:   (213) 615-1700
Facsimile Number:   (213) 615-1750
rwoolner@winston.com
jrawlins@winston.com

*Attorneys for Nanya Technology Corporation*

LA:260642.1

**WINSTON & STRAWN LLP**
JOHN K. HSU (VA S.B. No 45480)
1700 K Street, N.W.
Washington, D.C., 20006-3817
Telephone Number:   (202) 282-5000
Facsimile Number:   (202) 282-5100
jhsu@winston.com

ROLF S. WOOLNER (CA S.B. No. 143127)
JUSTIN E. RAWLINS (CA S.B. No. 209915)
333 South Grand Avenue, 38th Floor
Los Angeles, CA  90071-1543
Telephone Number:   (213) 615-1700
Facsimile Number:   (213) 615-1750
rwoolner@winston.com
jrawlins@winston.com

*Attorneys for Nanya Technology Corporation*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| In re: | Case No. 09-14766 (RGM) |
| QIMONDA AG, | Chapter 15 |
| Debtor in a Foreign Proceeding. | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of November, 2009, a true copy of the following document was served via the ECF system, and I HEREBY CERTIFY that I caused a true copy of the following document to be served upon the parties referenced in the attached **Exhibit A** by first class mail to be sent December 1, 2009:

Nanya Technology Corporation's Amended Notice of Appeal.

0aNanya Tech EDVA Bankr 11156:0.623879

Dated: November 30, 2009

        Respectfully submitted,

        **WINSTON & STRAWN LLP**

        /s/ John K. Hsu
        JOHN K. HSU (VA S.B. No 45480)
        1700 K Street, N.W.
        Washington, D.C., 20006-3817
        Telephone Number:   (202) 282-5000
        Facsimile Number:    (202) 282-5100
        jhsu@winston.com

        ROLF S. WOOLNER (CA S.B. No. 143127)
        admitted *pro hac vice*
        JUSTIN E. RAWLINS (CA S.B. No. 209915)
        admitted *pro hac vice*
        333 South Grand Avenue, 38th Floor
        Los Angeles, CA  90071-1543
        Telephone Number:   (213) 615-1700
        Facsimile Number:    (213) 615-1750
        rwoolner@winston.com
        jrawlins@winston.com

        *Attorneys for Nanya Technology Corporation*

**0aNanya Tech EDVA Bankr 11156:0.623879**

# EXHIBIT A
Master Service List

In re Qimonda AG, Case No. 09-14766 (RGM)

| Counsel to Qimonda Entities | |
|---|---|
| **Morrison & Foerster, LLP**<br>Attn: Brett H. Miller, Esq. & Todd M. Goren, Esq.<br>(Counsel to: Qimonda AG)<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Phone: 212-468-8000<br>Fax: 212-468-7900<br>Email: bmiller@mofo.corn<br>Email: tgoren@mofo.com<br><br>Morrison & Foerster, LLP<br>Attn: Jeff A. Showalter, Esq.<br>2000 Pennsylvania Avenue, N.W.<br>Suite 6000<br>Washington D.C. 20006-1888<br>Phone: (202) 887-1500<br>Fax: (202) 887-0763<br>Email: jshowalter@mofo.com | **Qimonda North America Corp./Qimonda Richmond LLC**<br>Attn: Michael Munn<br>VP and General Counsel<br>4721 Emperor Blvd<br>Suite 110<br>Durham, North Carolina 27703<br><br>**Simpson Thacher & Bartlett LLP**<br>Attn: Morris J. Massel, Esq.<br>(Counsel to: Qimonda Richmond, LLC)<br>425 Lexington Ave.<br>New York, New York 10017-3954<br>Phone: 212-455-2000<br>Fax: 212-455-2502<br><br>**Richards, Layton & Finger, P.A.**<br>Attn: Katisha D. Fortune<br>(Counsel to: Qimonda Richmond, L LC)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Phone: 302-651-7700<br>Fax : 302-651-7701<br><br>**Jones Day**<br>Attn: Daniel P. Winikka, Esq.<br>(Counsel to: the Official Committee of Unsecured Creditors of Qimonda Richmond, LLC)<br>2727 North Harwood Street<br>Dallas, Texas 75201<br>Phone: 214-220-3939<br>Fax: 214-969-5100 |
| **United States Trustee** | |
| **The Office of the United States Trustee**<br>115 South Union St., Plaza Level,<br>Suite 210<br>Alexandria, Virginia 22314<br>Phone: (703) 557-7176<br>Attn: Dennis J. Early | |

3

| List of Creditors | |
|---|---|
| **Emulation Technology**<br>Attn: Legal Department<br>2344 Walsh Avenue Building F.<br>Santa Clara, California 95051-1301<br>Phone: 408-982-0660<br>1-800-232-7837 | **i2. Technologies, Inc.**<br>Attn: Legal Department<br>11701 Luna Road<br>Dallas, Texas 75234<br>Phone.:1-800.800.3288 (US & Canada only);<br>469.357.1000 |
| **GGB Industries Inc.**<br>Attn: Legal Department<br>4196 Corporate Square<br>Naples, California 34104 | **FormFactor Inc.**<br>Attn: Legal Department<br>7005 Southfront Road Suite 1000<br>Dallas, Texas 75252 |
| **INTEL Americas Inc.**<br>Attn: Legal Department<br>2200 Mission College Blvd.<br>Santa Clara, California 95052-8119 | **Slater & Matsil, L.L.P.**<br>Attn: Legal Department<br>Suite 1000, 17950 Preston Road<br>Dallas, Texas 75252-5793<br>Phone: 972-732-1001<br>Fax: 972-732-9218 |
| **IBM International Business Machines**<br>Attn: Legal Department<br>2070 Route 52<br>Hopewell Junction, New York 12533-0999 | **Kirkland and Ellis**<br>Attn: Legal Department<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005-5793<br>United States<br>Phone: 202-879-5000<br>Fax: 202-879-5200 |
| **Kaye Scholer LLP**<br>Attn: Legal Department<br>425 Park Avenue<br>New York, New York 10022-3598 | **Abelman, Frayne & Schwab**<br>Attn: Legal Department<br>666 Third Avenue<br>New York, NY 10017-5621<br>Phone.: 212-949-9022<br>Fax: 212-949-9190 |
| **Fay Kaplun & Marcin, LLP**<br>Attn: Legal Department<br>150 Broadway, Suite 702<br>New York, NY 10038<br>Phone:   212-619-6000<br>Fax: 212-208-6819<br>        212-619-0276 | **Lerner Greenberng Sterner LLP**<br>Attn: Legal Department<br>PO. Box 2480<br>Hollywood, Florida 33022-2480<br>Phone.: 954-925-1100<br>Fax: 954-925-1101 |

0aNanya Tech EDVA Bankr 11156:0.623879

| | |
|---|---|
| **Baker Thomas S., Jr., LLC**<br>1371 West 3rd Avenue<br>Columbus, Ohio 43212 | **Purple Wire**<br>Attn: Legal Department<br>108 West Jefferson St., Suite 501,<br>Syracuse, NY 13202<br>Phone: 315-234-0079<br>Fax: 315-234-0075 |
| **Patterson & Sheridan, LLP**<br>Attn: Legal Department<br>P.O Box 676057<br>Dallas, Texas 75267-6057<br><br>C/O: Legal Department<br>1700 Pacific Ave.<br>Suite 2650<br>Dallas, TX 75201<br>Phone: 214-720-2200<br>Fax: 713-623-4846 | **Eschweiler & Associates, LLC**<br>Attn: Legal Department<br>National City Bank Building)<br>629 Euclid Avenue, Suite 1000<br>Cleveland, Ohio 44114<br>Phone: 216-502-0600 |
| **Edell, Shapiro & Finnan, LLC**<br>Attn: Legal Department<br>1901 Research Boulevard, Suite 400<br>Rockville, Maryland 20850-3164<br>Phone: 301-424-3640 | **Posz Law Group PLC**<br>Attn: Legal Department<br>12040 South Lakes Drive, Suite 101<br>Reston, Virginia 20191 |
| **Dickie, Billing & Czaja, PLLC**<br>Attn: Legal Department<br>Fifth Street Towers, Suite 2250<br>100 South Fifth Street, Suite 2250<br>Minneapolis, Minnesota 55402 | **Brinks Hofer Gilson & Lione**<br>Attn: Legal Department<br>NBC Tower, Suite 3000<br>455 N. City Front Plaza Drive<br>Chicago Illinois 60611-5599 |
| **Coats & Bennett P.L.L.C.**<br>Attn: Legal Department<br>P.O Box 5<br>Raleigh, North Carolina 27602<br><br>Attn: Legal Department<br>1400 Crescent Green<br>Suite 300<br>Cary, North Carolina 27518<br>Phone: 919-854-1844<br>Fax: 919-854-2084<br>1-800-575-1278 | |

5

| | |
|---|---|
| **Tessera Inc.**<br>Attn: Legal Department<br>3025 Orchard Parkway<br>San Jose, CA 95134<br>Phone: 408-321-6000<br>Fax: 408-321-8257<br>Email: info@tessera.com | **Digi-Key Corporation**<br>Attn: Legal Department<br>701 Brooks Avenue South<br>Thief River Falls, MN 56701<br>Phone: 1-800-344-4539 or 218-681-6674<br>Fax: 218-681-3380 |
| **Toppan Photomasks Inc.**<br>Attn: Legal Department<br>131 Old Settlers Boulevard<br>Round Rock, TX 78664<br>Phone: 512-310-6500<br>Fax: 512-310-6544 | **CST Computer Service Technology, Inc.**<br>Attn: Legal Department<br>2336 Lu Field Road<br>Dallas, Texas 75229<br><br>Attn: Legal Department<br>492 Old Connecticut Path, Suite 505<br>Framingham, Massachusetts 01701 |
| **Transportation World Wide**<br>Attn: Legal Department<br>16930 Park Row<br>Houston, Texas 77084<br>Phone: 800-752-2217 •<br>281-492-7717<br>Fax: 281-492-8248<br>E-mail: tww@tww.net | **Best Shipping Ever Inc.**<br>Attn: Legal Department<br>734 Grand Ave.<br>Ridgefield, NJ 07657<br>Phone: 201-941-5540<br>Fax: 201-941-5535<br>Toll free 877-639-4010 |
| **Zilliant**<br>Attn: Legal Department<br>3815 South. Capital of Texas Hwy, Suite 300<br>Austin, TX 78704<br>Phone: 512-531-8500<br>Fax: 512-531-8599<br>Toll Free: 877-893-1085 | **Ovonyx, Inc.**<br>Attn: Legal Department<br>2956 Waterview Drive<br>Rochester Hills Michigan 48309<br>Phone: 248-299-6022<br>Fax: 248-659-1500<br>E-mail: webmasters@ovonyx.com |

6

| | |
|---|---|
| **Global LT Ltd.**<br>Attn: Legal Department<br>1871 Woodslee Drive<br>Troy, Michigan 48083<br>Toll Free:+1 888 645 LTT1<br>Phone: 248-786-0999<br>Fax: 248-786-0985 | **FutureMark Corporation**<br>Attn: Legal Department<br>12930 Saratoga Avenue, Suite B-7<br>Saratoga, California 95070<br>Phone: 408-517-9020<br>Fax: 408-517-9119 |
| **EDIFECS**<br>Attn: Legal Department<br>2600 116th Avenue NE, Ste. 200<br>Bellevue WA, 98004<br>Phone: 425-452-0630<br>Fax: 425-452-0626 | **King and Spalding LLP**<br>Attn: Legal Department<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Phone.: 212-556-2100<br>Fax: 212-556-2222 |
| **Dassault Systemes Enovia Corp**<br>Attn: Legal Department<br>900 Chelmsforst Street, Tower 2, 5th Floor<br>Lowell MA, 01851 | **SAVVIS Communications Corporation ( A Missouri Corporation)**<br>Attn: Legal Department<br>One SAVVIS Parkway<br>Town & Country, Missouri 63017 |
| **Thomson Financial LLC**<br>Attn: Legal Department<br>195 Broadway 7th Floor<br>New York, New York 10007<br>Phone. :646-822-2000 | **STEC, Inc.**<br>Attn: Legal Department<br>3001 Daimier Street<br>Santa Ana, California 92705 |
| **INRALINKS**<br>Attn: Legal Department<br>150 East 42$^{tth}$ Street 8th Floor<br>New York, New York 10017-5612 | **Broadridge**<br>Attn: Legal Department<br>2 Journal Square Plaza<br>Jersey City, New Jersey 07306 |

| | |
|---|---|
| **Mesirow Financial Consulting LLC**<br>Attn: Legal Department<br>NY 666 Third Avenue, 21st Floor<br>New York, New York<br><br>Attn: Legal Department<br>350 North Clark Street<br>Chicago, Illinois 60654 | **Deutsche Bank Trust Company Americas**<br>Attn: Rodney Gaughan<br>60 Wall Street<br>New York, New York 10005<br><br>- |
| **Lakita Blair, Linda Frazier, Bonnie Wright,** *et. al.*<br>C/0: Klehr, Harrison, Harvey, Branzburg & Ellers LLP<br>Attn: Michael William Yurkewicz<br>919 Market St., Suite 1000<br>Wilmington, Delaware 19801<br><br>C/O Sands, Anderson, Marks & Miller, PC<br>Attn:    William A. Gray, Esq.<br>           C. Thomas Ebel, Esq.<br>           W. Ashley Burgess, Esq.<br>801 East Main Street, Suite 1800<br>PO Box 1998<br>Richmond, Virginia 23218-1998 | **LSI Corp.**<br>C/O: Capshaw DeRieux, LLP<br>Attn: Elizabeth L. DeRieux, Esq.<br>1127 Judson Road, Ste 220,<br>Longview, Texas 75601-5157<br><br>C/O: Adduci, Mastriani & Schauberg, L.L.P<br>Attn: Sarah H. Hamblin<br>1200 Seventeenth Street, NW<br>Fifth Floor<br>Washington, DC 20036<br>Phone: 202-467-6300<br>Fax 202-466-2006<br><br>C/O Sports Fain, PC<br>Attn:    Robert H. Chappell, III, Esq.<br>           Erin E. Kessell, Esq.<br>411 E. Franklin Street, Suite 600<br>PO Box 1555<br>Richmond, Virginia 23218-1555<br><br>Corporate Head Quarters:<br>Attn: Legal Department<br>1621 Barber Lane<br>Milpitas, CA 95035<br>Phone: 866-574-5741 (US Calls)<br>Phone: 408-954-3108 (Non-US Calls) |
| Kirkland & Ellis International, LLP<br>Maximillianstrasse 11<br>80539 Miinchen<br>GERMANY | Elpida Memory, Inc.<br>2-2-1 Yanau, Chuo-ku<br>Tokyo 101-0028<br>JAPAN |
| Samsung Electronics Co., Ltd.<br>Hwasung Plant<br>San #16, Banweol-dong<br>Hwasung-city<br>Gyeonggi-do<br>445-701<br>SOUTH KOREA | |

8

0aNanya Tech EDVA Bankr 11156:0.623879

| **Governmental Parties** ||
|---|---|
| **Securities & Exchange Commission** <br> **Headquarters** <br> 100 F Street, NE <br> Washington, DC 20549 <br> Attn:    Legal Division <br> Phone: 202-942-8088 | **U.S. Attorney's Office** <br> Justin W. Williams United States Attorney's Building <br> 2100 Jamieson Ave <br> Alexandria, VA 22314 <br> (703) 299-3700 |
| US **Patent and Trademark Office** <br><br> **Office of the General Counsel** <br> US Patent and Trademark Office <br> PO Box 1567 <br> Arlington, Virginia 22215 <br><br> **Office of the Deputy General Counsel for General Law** <br> U.S. Patent and Trademark Office <br> PO Box 1450 <br> Alexandria, Virginia 22313-1450 <br> Phone: 571-272-3000 <br> Fax: 571-273-0099 <br><br> **Litigation Address:** <br> Office of the Solicitor <br> Director of the United States Patent and Trademark Office <br> P.O. Box 15667 <br> Arlington, Virginia 22215 <br><br> **General Counsel** <br> U.S. Patent and Trademark Office <br> P.O. Box 1450 <br> Alexandria, Virginia 22313-1450 <br> Phone: 571-272-7000 <br> Fax: 571-273-0099 <br><br> **Assistant United States Attorney** <br> Attn: Robert K. Coulter, Esq. <br> 2100 Jamieson Avenue <br> Alexandria, Virginia 22314 | |

9