IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE:

QIMONDA AG,

      Debtor in a foreign proceeding.

Case No. 09-14766-RGM
(Chapter 15)

### AMENDED NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Samsung Electronics Co., Ltd. ("Samsung"), Elpida Memory, Inc. ("Elpida"), and Infineon Technologies AG ("Infineon") (collectively, "Appellants") hereby appeal pursuant to 28 U.S.C. § 158(a) from (a) the Order of this Court entered November 19, 2009, Docket No. 179, Granting the Debtor's Motion to Amend the Supplemental Order; and (b) this Court's Amended Supplemental Order entered November 19, 2009, Docket No. 180.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Stephen E. Leach (Va. Bar No. 20601)
Roxanne F. Rosado (Va. Bar No. 51117)
LEACH TRAVELL BRITT PC
8270 Greensboro Drive, Suite 1050
McLean, Virginia 22102
(703) 584-8900

Counsel for Appellants

**Foreign Debtor / Appellee:**

Qimonda AG

**Representative of the Foreign Debtor:**

Dr. Michael Jaffé

**Counsel to Representative to the Foreign Debtor:**

Jeff A. Showalter (Va. Bar No. 73414)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, N.W.
Suite 6000
Washington, D.C. 20006-1888
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

and

Brett H. Miller
Todd M. Goren
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

**Appellants:**

| | |
|---|---|
| Samsung Electronics Co., Ltd. | **Counsel for Samsung Electronics Co., Ltd.:** |
| | Stephen E. Leach (Va. Bar No. 20601)<br>Roxanne F. Rosado (Va Bar No. 51117)<br>LEACH TRAVELL BRITT, P.C.<br>8270 Greensboro Drive, Suite 1050<br>McLean, VA 22102<br>Telephone: (703) 584-8902<br>Facsimile: (703) 584-8901<br>E-mail: sleach@ltblaw.com |
| | and |
| | William H. Pratt<br>Jennifer M. Selendy<br>Laura B. Kadetsky<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900 |
| Elpida Memory, Inc. | **Counsel for Elpida Memory, Inc.:** |
| | Stephen E. Leach (Va. Bar No. 20601)<br>Roxanne F. Rosado (Va Bar No. 51117)<br>LEACH TRAVELL BRITT, P.C.<br>8270 Greensboro Drive, Suite 1050<br>McLean, VA 22102<br>Telephone: (703) 584-8902<br>Facsimile: (703) 584-8901<br>E-mail: sleach@ltblaw.com |
| | and |
| | William A. Streff, Jr., P.C.<br>William E. Devitt, P.C.<br>Matthew J. Hertko<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200 |

| | |
|---|---|
| Infineon Technologies AG | **Counsel for Infineon Technologies AG:** |
| | Stephen E. Leach (Va. Bar No. 20601)<br>Roxanne F. Rosado (Va Bar No. 51117)<br>LEACH TRAVELL BRITT, P.C.<br>8270 Greensboro Drive, Suite 1050<br>McLean, VA 22102<br>Telephone: (703) 584-8902<br>Facsimile: (703) 584-8901<br>E-mail: sleach@ltblaw.com |
| | and |
| | Gregory F. Corbett<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005-5793<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200 |

**Other Objectors:**

| | |
|---|---|
| Micron Technology, Inc. | **Counsel for Micron Technology, Inc.:**<br><br>David N. Southard (Va. Bar No. 44565)<br>Adam P. Strochak (pro hac vice pending)<br>WEIL, GOTSHAL & MANGES LLP<br>1300 Eye Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 682-7000<br>Facsimile: (202) 857-0940<br><br>and<br><br>Alfredo R. Pérez (pro hac vice pending)<br>Manesh J. Shah (pro hac vice pending)<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana Street, Suite 1600<br>Houston, TX 77022<br>Telephone: (713) 546-5000<br>Facsimile: (713) 224-9511 |
| Nanya Technology Corporation | **Counsel for Nanya Technology Corporation:**<br><br>John K. Hsu (Va. Bar No. 45480)<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, D.C. 20006-3817<br>Telephone: (202) 282-5000<br>Facsimile: (202) 282-5100<br><br>and<br><br>Rolf S. Wooler<br>Justin E. Rawlins<br>WINSTON & STRAWN LLP<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, CA 90071-1543<br>Telephone: (213) 615-1700<br>Facsimile: (213) 615-1750 |

Date:   November 30, 2009                              Respectfully submitted,

| | |
|---|---|
| /s/ *Stephen E. Leach* | /s/ *Stephen E. Leach* |
| Stephen E. Leach (Va. Bar No. 20601) | Stephen E. Leach (Va. Bar No. 20601) |
| Roxanne F. Rosado (Va Bar No. 51117) | Roxanne F. Rosado (Va Bar No. 51117) |
| LEACH TRAVELL BRITT, P.C. | LEACH TRAVELL BRITT, P.C. |
| 8270 Greensboro Drive, Suite 1050 | 8270 Greensboro Drive, Suite 1050 |
| McLean, VA 22102 | McLean, VA 22102 |
| Telephone: (703) 584-8902 | Telephone: (703) 584-8902 |
| Facsimile: (703) 584-8901 | Facsimile: (703) 584-8901 |
| E-mail: sleach@ltblaw.com | E-mail: sleach@ltblaw.com |
| | |
| and | and |
| | |
| William H. Pratt | William A. Streff, Jr., P.C. |
| Jennifer M. Selendy | William E. Devitt, P.C. |
| Laura B. Kadetsky | Matthew J. Hertko |
| KIRKLAND & ELLIS LLP | KIRKLAND & ELLIS LLP |
| 601 Lexington Avenue | 300 North LaSalle Street |
| New York, NY 10022-4611 | Chicago, IL  60654 |
| Telephone: (212) 446-4800 | Telephone: (312) 862-2000 |
| Facsimile: (212) 446-4900 | Facsimile: (312) 862-2200 |
| | |
| *Counsel for Samsung Electronics Co., Ltd.* | *Counsel for Elpida Memory, Inc.* |

*/s/ Stephen E. Leach*
Stephen E. Leach (Va. Bar No. 20601)
Roxanne F. Rosado (Va. Bar No. 51117)
LEACH TRAVELL BRITT, P.C.
8270 Greensboro Drive, Suite 1050
McLean, VA 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
E-mail: sleach@ltblaw.com

and

Gregory F. Corbett
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Counsel for Infineon Technologies AG*

Certificate of Service

      I hereby certify that on this 30th day of November, 2009, a true copy of the foregoing Amended Notice of Appeal was served by first class mail, postage prepaid, upon the following:

Jeff A. Showalter (Va. Bar No. 73414)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, N.W.
Suite 6000
Washington, D.C. 20006-1888
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Brett H. Miller
Todd M. Goren
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

David N. Southard (Va. Bar No. 44565)
Adam P. Strochak (pro hac vice pending)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W.
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

Alfredo R. Pérez (pro hac vice pending)
Manesh J. Shah (pro hac vice pending)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, TX 77022
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

John K. Hsu (Va. Bar No. 45480)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

Rolf S. Wooler
Justin E. Rawlins
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

                                              */s/Matthew J. Hertko*

                                              Matthew J. Hertko