IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 09-14766-RGM |
| QIMONDA AG, | ) |
| | ) CHAPTER 15 |
| Debtor. | ) |

**NOTICE OF APPEAL**

The United States International Trade Commission (hereinafter referred to as the "ITC") appeals under 28 U.S.C. § 158(a) from the Memorandum Opinion and Order entered on or about February 16, 2010, determining the applicability of the automatic stay in the above-captioned proceeding on a proceeding known as *In the Matter of Certain Semiconductor Integrated Circuits Using Tungsten Metallization, Inv. No. 337-TA-648* pending before the ITC, as well as other potential actions involving the Debtor before the ITC.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Administrator of the Qimonda AG Estate, Dr. Michael Jaffe:**

Jeffrey A. Showalter
Morrison & Foerster, LLP
1650 Tysons Boulevard, Suite 400
McLean, VA 22102
Tel: (703) 760-7700

**United States Trustee:**

United States Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314
Tel: (703) 557-7176


Robert K. Coulter
Assistant United States Attorney
VSB: 42512
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3745
Fax: (703) 299-2584

**United States International Trade Commission**

Robert K. Coulter
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3745
Fax: (703) 299-2584


James M. Lyons
Andrea C. Casson
Paul M. Bartkowski
Office of the General Counsel
United States International Trade Commission
500 E. Street, S.W. Washington, D.C. 20436
Telephone: (202) 708-5432

        Respectfully submitted,

        Neil H. MacBride
        United States Attorney


By:    /s/ Robert K. Coulter
        Robert K. Coulter
        Assistant U.S. Attorney
        VSB: 42512
        The Justin W. Williams U.S. Attorney's Building
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Tel: 703-299-3745
        Fax: 703-299-3983

## CERTIFICATE OF SERVICE

I hereby certify a copy of foregoing will be filed with the United States Bankruptcy Court electronically in the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Parties currently listed by the CM/ECF system to receive electronic notice in this case are set forth below.

- Kristen E. Burgers    keburgers@venable.com
- Robert H. Chappell    rchappell@spottsfain.com, kligon@spottsfain.com;eanderson@spottsfain.com;jwest@spottsfain.com;ecorbett@spottsfain.com;tmoore@spottsfain.com;nmccullagh@spottsfain.com;jstern@spottsfain.com
- Robert K. Coulter    robert.coulter@usdoj.gov, sharon.abbott@usdoj.gov;USAVAE.ALX.ECF.BANK@usdoj.gov
- G. David Dean    ddean@coleschotz.com, jdonaghy@coleschotz.com;ddean@coleschotz.com
- Augustus C. Epps    aepps@cblaw.com, lthompson@cblaw.com
- William A. Gray    bgray@sandsanderson.com, tebel@sandsanderson.com;kwalters@sandsanderson.com
- Dion W. Hayes    dhayes@mcguirewoods.com
- Charles Thomas Hicks    thicks@dimuro.com, tom@tomhicksbac.com
- John Ken Kwong-Ming Hsu    jhsu@winston.com, rwoolner@winston.com;jrawlins@winston.com;smcdonald@winston.com;dcalandra@winston.com;mpalay@winston.com
- Lawrence Allen Katz    lakatz@venable.com
- Erin Elizabeth Kessel    ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com
- Stephen E. Leach    sleach@ltblaw.com, ndysart@ltblaw.com;msarata@ltblaw.com;rrosado@ltblaw.com
- Jennifer McLain McLemore    jmclemore@cblaw.com, avaughn@cblaw.com
- Roxanne Feliu Rosado    rrosado@ltblaw.com
- Jeffrey Anderson Showalter    jshowalter@mofo.com, tgoren@mofo.com;bmiller@mofo.com;dkeeton@mofo.com
- David Nelson Southard    david.southard@weil.com

Date:  March 2, 2010

/s/ Robert K. Coulter
ROBERT K. COULTER