John A. Trocki III (Va. Bar No. 38656)
MORRISON & FOERSTER LLP
1650 Tysons Boulevard
Suite 400
McLean, Virginia 22102-4220
Telephone: (202) 887-1500
Facsimile: (202) 887-0763
E-mail: JTrocki@mofo.com

and

Brett H. Miller, Esq. (*admitted pro hac vice*)
Todd M. Goren, Esq. (*admitted pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail: BrettMiller@mofo.com
        TGoren@mofo.com

*Counsel for Dr. Michael Jaffé, as insolvency
administrator over the estate of Qimonda AG*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re | Case No. 09-14766 (BFK) |
| QIMONDA AG, | Chapter 15 |
| Debtor in a Foreign Proceeding. | |

**INSOLVENCY ADMINISTRATOR'S NOTICE OF AMENDED EXHIBIT TO
NOTICE OF SALE OF PATENTS IN ACCORDANCE WITH MARCH 11, 2010 ORDER
GRANTING ADMINISTRATOR'S MOTION PURSUANT TO 11 U.S.C. §§ 105, 363 AND
1520 OF THE BANKRUPTCY CODE TO ESTABLISH PROCEDURES FOR THE SALE
OF CERTAIN PATENTS, DATED SEPTEMBER 24, 2014**

On March 11, 2010, the Court entered the *Order Granting the Insolvency Administrator's Motion Pursuant to Sections 105, 363 and 1520 of The Bankruptcy Code to Establish Procedures for the Sale of Certain Patents* [Docket No. 254] (the "Sale Procedures Order").

1

ny-1186349

The Sale Procedures Order authorizes Dr. Michael Jaffé, in his capacity as the duly authorized foreign representative and insolvency administrator (the "Administrator") of Qimonda AG ("QAG"), to sell certain United States patents and patent applications (the "Patents") in accordance with the terms of the Sale Procedures Order.

On September 24, 2014, the Administrator filed a *Notice of Sale of Patents in Accordance with March 11, 2010 Order Granting Administrator's Motion Pursuant to 11 U.S.C. § 105, 363, and 1520 of the Bankruptcy Code to Establish Procedures for the Sale of Certain Patents* [Docket No. 709] (the "Sale Notice"). No party objected to the sale.

The Sale Notice provided that the Administrator intended to sell "all of its United States patents and patent applications" pursuant to a Patent Sale Agreement (the "Patent Sale Agreement") and included a list of such patents as Exhibit A.

The Administrator recently determined that two Patents were unintentionally left off of Exhibit A to the Sale Notice, and intends to execute an amendment to the Patent Sale Agreement to effectuate the transfer of the relevant Patents. Accordingly, the Administrator hereby files this *Notice of Amended Exhibit to the Notice of Sale of Patents in Accordance with March 11, 2010 Order Granting Administrator's Motion Pursuant to 11 U.S.C. § 105, 363, and 1520 of the Bankruptcy Code to Establish Procedures for the Sale of Certain Patents, Dated September 24, 2014* to include the following two Patents:

| Country | Application No. | Application Date | Grant No. | Grant Date |
|---|---|---|---|---|
| U.S. | 13/278,152 | 20/10/2011 | 8592258 | 26/11/2013 |
| U.S. | 12/344,023 | 24/12/2008 | | |

A copy of the amended Exhibit A is annexed hereto as Exhibit A.

2

ny-1186349

Dated: May 4, 2015          By:  _____
John A. Trocki III (Va. Bar No. 38656)
MORRISON & FOERSTER LLP
1650 Tysons Boulevard
Suite 400
McLean, Virginia 22102-4220
Telephone: (202) 887-1500
Facsimile: (202) 887-0763
E-mail: JTrocki@mofo.com

and

Brett H. Miller (*admitted pro hac vice*)
Todd M. Goren (*admitted pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail: BrettMiller@mofo.com
        TGoren@mofo.com

*Attorneys for Dr. Michael Jaffé, as insolvency administrator over the estate of Qimonda AG*

**CERTIFICATE OF SERVICE**

    I, John A. Trocki III, hereby certify that on May 4, 2015, I caused a copy of the foregoing to be served via the Court's ECF system and also by first-class mail, postage pre-paid, on the parties listed on the attached Service List.

                                                                  */s/ John A. Trocki III*
                                                                   John A. Trocki III

| | |
|---|---|
| U.S. Trustee<br>Office of the U.S. Trustee<br>115 South Union Street<br>Alexandria, VA 22314-3361 | Dion W. Hayes, Esq.<br>Aaron G. McCollough, Esq.<br>McGuire Woods LLP<br>901 East Cary Street<br>Richmond, VA 23219 |
| Mark J. Thompson, Esq.<br>Morris J. Massel, Esq.<br>Terry Sanders, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954 | C. Thomas Hicks, III, Esq.<br>DiMuro Ginsberg, P.C.<br>1101 King Street<br>Suite 610<br>Alexandria, VA 22314 |
| Andrew F. Pratt, Esq.<br>Adduci, Mastriani & Schaumberg, LLP<br>Attorneys at Law<br>1133 Connecticut Avenue, N.W.<br>Washington, DC 20036 | Robert H. Chappell, III, Esq.<br>Jennifer J. West, Esq.<br>Erin E. Kessel, Esq.<br>Spotts Fain PC<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia 23219 |
| William A. Gray, Esq.<br>C. Thomas Ebel, Esq.<br>W. Ashley Burgess, Esq.<br>Sands, Anderson, Marks & Miller, P.C.<br>801 East Main Street, Suite 1800<br>PO Box 1998<br>Richmond, VA 23218 | Charles A. Ercole, Esq.<br>JoAnne B. Wills, Esq.<br>Klehr, Harrison, Harvey, Branzburg & Ellers, LLPS<br>1835 Market Street<br>Suite 1400<br>Philadelphia, PA 19103 |
| Guy S. Neal, Esq.<br>Sidley Austin LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005 | Marc Palay, Esq.<br>Sidley Austin LLP<br>Rue de Lausanne 139, Sixth Floor<br>1202 Geneva<br>Switzerland |

| | |
|---|---|
| Alfredo R. Perez, Esq.<br>Manesh J. Shah, Esq.<br>Weil, Gotshal & Manges LLP<br>700 Louisiana Street, Suite 1600<br>Houston, TX 77002 | Brianna N. Benfield, Esq.<br>M. Jarrad Wright, Esq.<br>Adam P. Strochak, Esq.<br>Weil, Gotshal & Manges LLP<br>1300 Eye Street, N.W., Suite 900<br>Washington D.C. 20005 |
| Stephen E. Leach, Esq.<br>Roxanne F. Rosado, Esq.<br>Leach Travell Britt, PC<br>8270 Greensboro Drive, Suite 1050<br>McLean, Virginia 22102 | William E. Devitt, P.C.<br>Matthew J. Hertko, Esq.<br>William A. Streff, Jr., P.C.<br>David R. Seligman, P.C.<br>Paul R. Steadman, P.C., Esq.<br>Kirkland & Ellis, LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 |
| Jennifer M. Selendy, Esq.<br>William Pratt, Esq.<br>John Del Monaco, Esq.<br>Laura B. Kadetsky, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 | Gregory F. Corbett, Esq.<br>Kirkland & Ellis, LLP<br>655 15th Street, N.W.<br>Washington D.C. 20005 |
| Lawrence A. Katz, Esq.<br>Kristen E. Burgers, Esq.<br>Leach Travell Britt pc<br>8270 Greensboro Drive<br>Suite 1050<br>McLean, VA 22102 | Theodore Gates Brown, III, Esq.<br>Kilpatrick Townsend & Stockton LLP<br>1080 Marsh Road<br>Menlo Park, CA 940251 |
| Alan D. Smith, Esq.<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099 | John K. Roche, Esq.<br>Perkins Coie LLP<br>700 Thirteenth Street, N.W.<br>Washington, D.C. 20005-3960 |
| Joseph E. Mais, Esq.<br>Timothy J. Franks, Esq.<br>Perkins Coie LLP<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, AZ 85012-2788 | Edward J. Meehan, Esq.<br>Warren T. Allen II, Esq.<br>Skadden, Arps, Slate Meagher & Flom LLP<br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005 |

| | |
|---|---|
| Joshua R. Taylor, Esq.<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue NW<br>Washington, DC 20036 | Robbin L. Itkin, Esq.<br>Katherine C. Piper, Esq.<br>Steptoe & Johnson LLP<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA 90067 |
| Eric Balzer<br>Don Verhaeghe<br>Tom Davenport<br>Ramtron International Corporation and Enhanced Memory Systems, Inc.<br>1850 Ramtron Drive<br>Colorado Springs, CO 80921 | Jaime M. Crowe, Esq.<br>White & Case LLP<br>701 Thirteenth Street, NW<br>Washington, DC 20005 |